NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

**MADE JS-6**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS, an Illinois corporation,<br><br>　　　　　Defendant, | CASE NO. CV08-01261 GW SS<br>ASSIGNED TO: Hon. George Wu<br><br>**JUDGMENT**<br><br><br><br><br>Complaint Filed: February 25, 2008 |

　　　　This action came on for hearing before the Court on January 29, 2009, on a Motion for Summary Judgment or alternatively Partial Summary Judgment by plaintiff Travelers Property Casualty Company of America ("Travelers") and on a Motion for Summary Judgment by defendant Safeco Insurance Company of Illinois ("Safeco").  By Order dated September 22, 2009, the Court granted Travelers' Motion for Summary Judgment and denied Safeco's Motion for Summary Judgment.  Consequently, the Court renders judgment for and in favor of Travelers.

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Safeco take nothing by way of its Counterclaim and that judgment is entered in favor of Travelers and against Safeco as follows:

| | |
|---|---:|
| Damages for contribution toward settlement: | $550,000.00 |
| Pre-judgment interest on damages for contribution toward settlement: | $95,670.00 |
| Damages for contribution toward defense fees: | $2,415.39 |
| Pre-judgment interest on damages for contribution toward defense fees: | $420.14 |
| **TOTAL JUDGMENT** | $648,505.53 |

(plus additional pre-judgment interest of $105.94 per day beginning October 17, 2009 until judgment is entered)

JUDGMENT IS HEREBY ENTERED for plaintiff Travelers Property Casualty Company of America as set forth above.

DATED:   November 3, 2009

_____
HONORABLE GEORGE WU
UNITED STATES DISTRICT JUDGE

Submitted by:

WESTON & McELVAIN LLP
Wynn C. Kaneshiro (State Bar No. 166683)
Edmond Sung (State Bar No. 252445)
27520 Hawthorne Blvd., Suite 130
Rolling Hills Estates, CA 90274
Telephone:  (310) 541-8341
Facsimile:   (310) 541-8307
Email:  wckaneshiro@wmattorneys.com

Attorneys for Plaintiff **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**